[No. 15894-2-III.   Division Three.   August 26, 1997.]

THE GALLATIN GROUP, INC., ET AL., *Appellants*, v. DELOITTE & TOUCHE, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 96-2-00605-4, Tari S. Eitzen, J., entered June 5, 1996. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Schultheis, A.C.J., and Brown, J.

[No. 15907-8-III.   Division Three.   August 26, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID GODSHALL, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 95-1-00744-1, Evan E. Sperline, J., entered June 3, 1996. *Affirmed* by unpublished opinion per Raekes, J. Pro Tem., concurred in by Sweeney, C.J., and Kurtz, J.

[No. 15932-9-III.   Division Three.   August 26, 1997.]

JOHN B. CROSETTO, JR., ET AL., *Respondents*, v. JOHN A. CONNER, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 95-2-00039-1, Michael E. Cooper, J., entered June 24, 1996. *Affirmed* by unpublished opinion per Kato, J. Pro Tem., concurred in by Thompson and Brown, JJ.

[No. 16023-8-III.   Division Three.   August 26, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. TYRONE RUSSELL KINZER, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 96-1-00100-4, Yancey Reser, J., entered August 12, 1996. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Schultheis, A.C.J., and Hahn, J. Pro Tem.